# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

RALPH STATZER,

   Petitioner,    :  Case No. 1:18-cv-626

 - vs -          District Judge William O. Bertelsman
              Magistrate Judge Michael R. Merz

DAVID MARQUIS, Warden,
 Richland Correctional Institution,

             :
   Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is transferred from Magistrate Judge Bowman to Magistrate Judge Merz. The case remains assigned to District Judge Bertelsman for final decision.

March 12, 2020.

                 s/ *Michael R. Merz*
                United States Magistrate Judge