```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

**CIVIL ACTION NO. 2018-626 – WOB-MRM**

**RALPH STATZER**                                                     **PETITIONER**

VS.                                         <u>**ORDER**</u>

**WARDEN, RICHLAND CORRECTIONAL
INSTITUTION**                                           **RESPONDENT**

This matter is before the Court on the Report and Recommendation (Doc. 17) and the Supplemental Report and Recommendation (Doc. 31) of the United States Magistrate Judge, and having considered *de novo* those objections, response and reply (Docs. 23, 26, 29, 39) filed thereto by petitioner and respondent, and the court having sufficiently considered the matter, and being advised,

**IT IS ORDERED** that the objections be, and they hereby are, **overruled**; that the Report and Recommendation and Supplemental Report and Recommendation be, and hereby are, **adopted** as the finding of fact and conclusions of law of this Court; that the petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) be, and it hereby is, **dismissed with prejudice** and **stricken** from the docket of this Court. No certificate of appealability shall issue. Pursuant to 28 U.S.C. § 1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would not be take in "good faith."  A separate judgment shall enter concurrently herewith.

This 30th day of November, 2020.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge